### May 12, 1998

| | | |
|---|---|---|
| 19948, 20131 | First Hawaiian Creditcorp, Inc. v. Lighter | Dismissed |
| 19937 | Mahiai v. Insurance Div. of the Dept. of Commerce and Consumer Affairs | Affirmed |

### May 13, 1998

| | | |
|---|---|---|
| 21200 | Rodrigues v. State | Affirmed |
| 20637 | State v. Carbonell | Affirmed |
| 21000 | State v. Gallaway | Affirmed |
| 19901 | State v. Martin | Affirmed |
| 20660 | State v. Trickey | Affirmed |

### May 21, 1998

| | | |
|---|---|---|
| 19954 | Hong v. United Public Workers, AFSCME, Local 646, AFL–CIO; Yamashiro v. United Public Workers, AFSCME, Local 646, AFL–CIO | Vacated |

### May 28, 1998

| | | |
|---|---|---|
| 19990 | Cordes v. State of Hawai'i Director of Labor and Industrial Relations | Affirmed |
| 21153 | First Hawaiian Creditcorp, Inc. v. Measel | Dismissed |
| 20220 | State v. Villanueva | Reversed |

### May 29, 1998

| | | |
|---|---|---|
| 20598 | Kahala Capital Corp. v. North Kona Development Corp. | Vacated |
| 20595 | State v. Samonte | Affirmed |

### June 2, 1998

| | | |
|---|---|---|
| 19885 | County of Hawai'i v. Hawai'i Labor Relations Bd. | Affirmed |

### June 19, 1998

| | | |
|---|---|---|
| 21077 | State v. Okamura | Affirmed |